IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLENE G. HARTMAN,**       **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CITY OF PHILADELPHIA,**       **Defendant.** | **NO. 15-924** |

# O R D E R

**AND NOW**, this 8th day of March, 2016, upon review of Defendant's Motion for Summary Judgment (ECF No. 25), the Plaintiff's opposition (ECF NO. 28), and the Defendant's Reply (ECF No. 29), it is **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**